IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEBRA SKANES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-CV-892-WKW |
| | ) | [WO] |
| CITIZENS AND SOUTHERN NATIONAL BANK, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On February 6, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 8.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED for failure to prosecute and abide by orders of the court.

Final judgment will be entered separately.

DONE this 28th day of February, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE