IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEBRA SKANES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | CASE NO. 2:19-CV-892-WKW |
| ) | [WO] |
| CITIZENS AND SOUTHERN ) | |
| NATIONAL BANK, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of Plaintiff's motion for summary judgment, to amend, and to reopen this case (Doc. # 15), it is ORDERED that the motion is DENIED.

DONE this 31st day of August, 2021.

                                                             /s/ W. Keith Watkins
                                          UNITED STATES DISTRICT JUDGE